Patrick D. Robbins (State Bar No. 152288)
Mikael A. Abye (State Bar No. 233458)
Lisa M. Hathaway (State Bar No. 273050)
SHEARMAN & STERLING LLP
4 Embarcadero, Suite 3800
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:   probbins@shearman.com
         mabye@shearman.com
         lisa.hathaway@shearman.com

Attorneys for Defendant Greg A. Cortez.

**FILED**
JUL 1 5 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 3-11-70346 JL |
|---|---|
| Plaintiff, | STIPULATION RE ALLOWING DEFENDANT ACCESS TO AUDIO DISCOVERY AND [~~PROPOSED~~] ORDER |
| v. | |
| GREG ANTHONY CORTEZ, | |
| Defendant. | |

Defendant Greg A. Cortez, by and through his counsel, Patrick D. Robbins; and the United States, by and through its attorney, Derek Owens, Assistant United States Attorney, hereby stipulate and agree as follows:

1.   The defendant in the above mentioned case is currently being detained at the Glenn E. Dyer Detention Facility (also known as the North Country Jail). The defendant may be transferred to the custody of other correctional institutions during the pendency of this case.

2.   Counsel representing Mr. Cortez has received a series of 12 audio CDs containing MP3 audio files (the "MP3 Files") from the government as part of the discovery in this matter.

3.  In order to assist his counsel with the preparation of his defense, Mr. Cortez wishes to listen to and study the MP3 Files.

4.  Accordingly, the parties stipulate and respectfully request that the Court order that the Glenn E. Dyer Detention Facility and any other correctional institution that may now or in the future have custody over Mr. Cortez during the pendency of this case shall accept an MP3 player containing the MP3 Files, within the security regulation set by the facility for the MP3 players.

5.  It is further stipulated that Glenn E. Dyer Detention Facility and any other correctional institution that may now or in the future have custody over Mr. Cortez during the pendency of this case shall make the MP3 player available to the defendant at a reasonable time and in a reasonable manner, so that the defendant may listen to the MP3 Files, *subject to the facilities rules + regulations*

IT IS SO STIPULATED.

Dated: July 13, 2011                           Respectfully submitted,

                                               SHEARMAN & STERLING LLP
                                               Patrick D. Robbins
                                               Mikael A. Abye
                                               Lisa M. Hathaway


                                               By:        /s/
                                                   Mikael A. Abye
                                                   Attorney for Defendant Greg A. Cortez

Dated: July 13, 2011                           Respectfully submitted,


                                               By:        /s/
                                                   Derek Owens
                                                   Assistant United States Attorney

STIP AND [PROPOSED] ORDER RE.          2                          Case No. CR 3-11-70346 JL
PERMITTING ACCESS TO AUDIO DISCOVERY

1                                 <u>ORDER</u>

2    PURSUANT TO STIPULATION, IT IS SO ORDERED, **as amended**

3

4    Dated: July **15** 2011

5                               United States Magistrate Judge
                                 Timothy J Bommer

6

7

8

...

28

1  ATTESTATION: Pursuant to General Order 45, Section X.B, I hereby attest that I have obtained written concurrence from Mr. Owens with regard to the filing of this document.

2

3  Dated: July 13, 2011                           By: _____/s/_____
4                                                      Mikael A. Abye